Exhibit C

# IDS Publishing Corporation
P.O. Box 389
Worthington, OH  43085  USA
Telephone/Fax:  614-885-2323
ids@idspublishing.com

INVOICE

**Invoice #:**     07072015

**Date:**     July 7, 2015

**Customer Name:**  Reiss Profile Europe BV


**Minimal Performance Standard for Reiss Profile Europe BV:  7/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 2100 | Reiss Motivation Profiles | €12.82 | €26,922.00 |

**Minimal Performance Standard for Reiss Profile GmbH:  1/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.82 | €53,844.00 |

**Minimal Performance Standard for Reiss Profile GmbH:  1/1/2014 – 12/31/2014**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.69 | €53,298.00 |

**Minimal Performance Standard for Reiss Profile GmbH:  1/1/2013 – 12/31/2013**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.50 | €52,500.00 |

**Exhibit C**

**Minimal Performance Standard for Reiss Profile Benelux BV: 1/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.82 | €53,844.00 |

------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Reiss Profile Benelux BV: 1/1/2014 – 12/31/2014**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.69 | €53,298.00 |

------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Reiss Profile Benelux BV: 1/1/2013 – 12/31/2013**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.50 | €52,500.00 |

------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Belgium: 1/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.82 | €53,844.00 |

------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Belgium: 1/1/2014 – 12/31/2014**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.69 | €53,298.00 |

------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Belgium: 1/1/2013 – 12/31/2013**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.50 | €52,500.00 |

------------------------------------------------------------------------------------------------

**Exhibit C**

**Minimal Performance Standard for Luxembourg: 1/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.82 | €53,844.00 |

-----------------------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Luxembourg: 1/1/2014 – 12/31/2014**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.69 | €53,298.00 |

-----------------------------------------------------------------------------------------------------------------

**Minimal Performance Standard for Luxembourg: 1/1/2013 – 12/31/2013**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.50 | €52,500.00 |

-----------------------------------------------------------------------------------------------------------------

**Minimal Performance Standard for the Institut fur das Reiss Profile in Management und Leistungssport: 1/1/2015 – 12/31/2015**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.82 | €53,844.00 |

-----------------------------------------------------------------------------------------------------------------

**Minimal Performance Standard for the Institut fur das Reiss Profile in Management und Leistungssport: 1/1/2014 – 12/31/2014**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.69 | €53,298.00 |

-----------------------------------------------------------------------------------------------------------------

**Minimal Performance Standard for the Institut fur das Reiss Profile in Management und Leistungssport: 1/1/2013 – 12/31/2013**

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 4200 | Reiss Motivation Profiles | €12.50 | €52,500.00 |

-----------------------------------------------------------------------------------------------------------------

Exhibit C

| Quantity | Description of Goods | Unit Price | Extended Total |
|---|---|---|---|
| 1000 | Training Materials | €35.00 | €35,000.00 |

**TOTAL AMOUNT DUE: €860,132.000**

**PAYMENT IN FULL IS DUE WITHIN 30 CALENDAR DAYS OF THE DATE OF THIS INVOICE.**